# UNITED STATES BANKRUTPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LAWRENCE J BISSINGER                        Chapter 13

                    Debtor            Bankruptcy No. 16-10562-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

    **AND NOW**, this _14th_ day of _December_, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
LAWRENCE J BISSINGER

1626 LONEY STREET

PHILADELPHIA, PA 19111