United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                         Case No. 16-10562-mdc
Lawrence J Bissinger                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: DonnaR              Page 1 of 2              Date Rcvd: Dec 18, 2017
                               Form ID: pdf900          Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2017.
```
db             +Lawrence J Bissinger,    1626 Loney Street,    Philadelphia, PA 19111-2935
cr             +Ditech Financial LLC FKA Green Tree Servicing LLC,    14841 Dallas Parkway, Suite 300,
                 Dallas, TX 75254-7883
cr              New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10675,
                 Greenville, SC  29603-0675
13708464        AMERICAN EXPRESS CENTURION BANK,    C/O BECKET AND LEE LLP,    PO BOX 3001,
                 MALVERN, PA 19355-0701
13666430       +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
13666432      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bk Of Amer,    Po Box 982235,    El Paso, TX 79998)
13679760       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13666434       +Cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
13666435       +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
13666436       +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
13666438       +City of Philadelphia, Law Department,    Municipal Services Building,
                 1404 JFK Boulevard, 5th Floor,    Philadelphia, PA 19107-3212
13743133        Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
13744387        Ditech Financial LLC,    P.O. Box 44265,    Jacksonville, FL 32231-4265
13707056        ECAST SETTLEMENT CORPORATION,    PO BOX 29262,    NEW YORK, NY 10087-9262
13666444       +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13666445       +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
13957616        New Penn Financial, LLC,    d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10675,
                 Greenville, SC 29603-0675
13666447        Phila Gas Works,    PO Box 11700,    Newark, NJ 07101-4700
13672549       +SunTrust Bank,    Attn: Support Services,    P.O. Box 85092,    Richmond, VA 23286-0001
13666449       +Suntrust Bank,    Po Box 85052,    Richmond, VA 23285-5052
13666450       +Unvl/Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
13666451        Water Revenue Bureau,    1401 JFK Blvd.,    Philadelphia, PA 19102-1663
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Dec 19 2017 01:24:49     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 19 2017 01:24:31
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 19 2017 01:24:38     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13747448        E-mail/Text: bankruptcy@phila.gov Dec 19 2017 01:24:49     City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13666437        E-mail/Text: bankruptcy@phila.gov Dec 19 2017 01:24:49     City of Philadelphia, Law Department,
                 Municipal Services Building,    1401 JFK Boulevard, 5th Floor,    Philadelphia, PA 19102
13672569       +E-mail/Text: mrdiscen@discover.com Dec 19 2017 01:24:16     Discover Bank,
                 Discover Products Inc,    POB 3025,    New Albany Ohio 43054-3025
13666439       +E-mail/Text: mrdiscen@discover.com Dec 19 2017 01:24:16     Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
13666441       +E-mail/Text: bknotice@erccollections.com Dec 19 2017 01:24:34     Enhanced Recovery Co L,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13666442        E-mail/PDF: gecsedi@recoverycorp.com Dec 19 2017 01:26:11     Green Tree Servicing L,
                 332 Minnesota St Ste 610,    Saint Paul, MN 55101
13666443        E-mail/Text: cio.bncmail@irs.gov Dec 19 2017 01:24:18     Internal Revenue Service,
                 P.O. Box 12051,    Philadelphia, PA 19105
13721586       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 19 2017 01:24:33     MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN, MI 48090-2011
13674596       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 19 2017 01:24:33
                 Midland Credit Management, Inc. as agent for,    MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren, MI 48090-2011
13676245        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 19 2017 01:32:31
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13666446       +E-mail/Text: bankruptcygroup@peco-energy.com Dec 19 2017 01:24:19     Peco Energy,
                 2301 Market Street,    Philadelphia, PA 19103-1380
13666448       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 19 2017 01:50:33
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13666452        E-mail/Text: BKRMailOps@weltman.com Dec 19 2017 01:24:34     Weltman, Weinberg & Reis Co., LPA,
                 325 Chestnut Street, Suite 501,    Philadelphia, PA 19106-2605
                                                                                              TOTAL: 16
```

```
District/off: 0313-2          User: DonnaR              Page 2 of 2                  Date Rcvd: Dec 18, 2017
                              Form ID: pdf900           Total Noticed: 38

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13720198*        AMERICAN EXPRESS CENTURION BANK,    C/O BECKET AND LEE LLP,    PO BOX 3001,
                  MALVERN, PA 19355-0701
13666431*       +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
13666433*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:  Bk Of Amer,     Po Box 982235,    El Paso, TX 79998)
13666440*       +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
13666453*        Weltman, Weinberg & Reis Co., LPA,     325 Chestnut Street, Suite 501,
                  Philadelphia, PA 19106-2605
                                                                                               TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2017 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Lawrence J Bissinger dmo160west@gmail.com,
               davidoffenecf@gmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 5
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LAWRENCE J BISSINGER            Chapter 13

           Debtor         Bankruptcy No. 16-10562-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this 14Th day of December, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
LAWRENCE J BISSINGER

1626 LONEY STREET

PHILADELPHIA, PA 19111